Case: 1:26-mj-00096
Assigned To: Judge Harvey, G. Michael
Assign. Date: 6/4/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On June 2, 2026, officers with the Metropolitan Police Department and federal law enforcement agencies were conducting routine patrol on the 3200 block of 13th Street SE when Officer Leonardo Bell observed an adult male, later identified as Manuel Thomas (hereafter "THOMAS") carrying a black backpack on his shoulders while walking on the sidewalk. Officer Bell recognized that Thomas was the subject of a Be On the Lookout ("BOLO") notification distributed in the Metropolitan Police Department prior to June 2, 2026. The BOLO was distributed in connection with CCN 26064339 for an offense of Assault with a Dangerous Weapon, allegedly committed on May 13, 2026. Officer Bell was aware that the offense involved the discharge of a firearm.



*THOMAS wearing the black backpack as Officers approached*

Officers detained THOMAS and obtained his Maryland identification card. When he was initially detained, THOMAS informed officers that he had just gotten off work (Body worn camera, Officer Bell, 22:47:14 hours). It should be noted that THOMAS was wearing a high visibility shirt typically worn by construction workers.



Page **1** of **3**

Officers conducted an NCIC/WALES inquiry which confirmed that THOMAS had an outstanding arrest warrant (2026 CRW SLD 002278) issued by District of Columbia Superior Court Associate Judge Cushenberry on May 21, 2026. Defendant Thomas was stopped and placed under arrest on the warrant.

During a search incident to THOMAS's arrest, ATF Special Agent Lamour looked inside of THOMAS's backpack, as the backpack was still on THOMAS's person, and found a loaded black nine-millimeter Taurus GX4 serial number 1GA58083 with one live round in the chamber and ten live rounds in a 11 round-capacity magazine inside of the same black book bag that THOMAS was carrying. Furthermore, inside the black book bag was a box of ammunition with four live rounds and Defendant Thomas' identifying documentation.

After officers found the firearm, THOMAS told officers in substance, "I just came from a cookout." (Body worn camera, Officer Bell, 22:56:23 hours).

In a subsequent video recorded statement, THOMAS informed agents with the ATF that he finished work at 4:00 PM and then went to a cookout at "The Shrimp Boat" that is on the border of Northeast and Southeast quadrants of the District of Columbia. Your affiant would note Shrimp Boat Plaza is at the intersection of East Capitol Street SE and Benning Road NE. At the cookout, he put down his bag at around 5:00 PM until he left the cookout at about 9:00 PM. He stated he was not aware that the firearm was in his backpack and that it was likely that someone at the cookout placed the firearm in his work bag. THOMAS stated he was stopped by police officers after leaving the cookout.

The recovered firearm appeared to be fully functional and designed to expel a projectile by the action of an explosive. The firearm was reported stolen on April 16, 2026 in South Carolina.

A check of MPD's firearm registration database revealed that THOMAS did not have a license to carry a firearm in the District of Columbia.

THOMAS has a prior felony conviction in the District Court for the Eastern District of Virginia Case Number 20-cr-19 (LMB) for False Statements to a Federal Firearms Licensee, in violation of 18 U.S.C. § § 824(a)(1)(A), (2), an offense punishable by more than one year of imprisonment. THOMAS received a sentence of twelve months and one day of incarceration.

THOMAS also has a prior conviction in the District of Columbia Superior Court Docket Number 2018 CF2 012496 for Unlawful Possession of a Firearm (Intrafamily Offense), an offense punishable by more than one year of imprisonment. THOMAS received a sentence of 24 months of incarceration.

Your affiant is aware of no firearm or ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above as possessed by THOMAS necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge MANUEL THOMAS with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

_____
Police Officer Leonardo Bell
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on June 4, 2026.

_____
The Honorable  G. Michael Harvey
United States Magistrate Judge